| | |
|---|---|
| 1 | Eric K. Fogderude, #070860 |
|   | FLETCHER & FOGDERUDE, INC. |
| 2 | A Professional Corporation |
|   | 5412 North Palm Avenue, Suite 101 |
| 3 | Fresno, California 93704 |
|   | Telephone (559) 431-9710 |
| 4 | Facsimile (559) 431-4108 |
| 5 | Attorney for Defendant, ELIZABETH MARIE BONILLA |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05 CR 00351 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| vs. | ) | ORDER THEREON |
| | ) | |
| ELIZABETH MARIE BONILLA | ) | |
| | ) | HEARING DATE: July 9, 2012 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | Honorable Anthony W. Ishii |
| | ) | |
| _____ | ) | |

### **STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for

July 9, 2012, may be continued to October 22, 2012 at 10:00 a.m.

Good cause exists to continue sentencing hearing in order to allow Defendant Bonilla additional time to participate in the residential drug treatment program at Tranquility House in Merced, California.

DATED: July 2, 2012              FLETCHER & FOGDERUDE, Inc.


                                 /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant,

---

U.S. vs. Bonilla, et al.                    Stipulation/Order to Continue Hearing
Case No. 05-00351 OWW

|   |   |   |
|---|---|---|
| | | ELIZABETH BONILLA |
| Dated: July 2, 2012 | | Benjamin B. Wagner<br>United States Attorney |
| | | /s/<br>DUCE RICE<br>Assistant US Attorney |
| Dated: July 2, 2012 | | |
| | | /s/<br>CASEY HORNER<br>US Probation Officer |

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the sentencing hearing be continued to October 22, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 2, 2012

CHIEF UNITED STATES DISTRICT JUDGE

U.S. vs. Bonilla, et al.
Case No. 05-00351 OWW

2

Stipulation/Order to Continue Hearing