1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone (559) 431-9710
4  Facsimile (559) 431-4108

5  Attorney for Defendant, ELIZABETH MARIE BONILLA

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CASE NO. 05 CR 00351 AWI
11                                )
              Plaintiff,          )    STIPULATION TO CONTINUE
12                                )    STATUS HEARING, AND
   vs.                            )    ORDER THEREON
13                                )
                                  )
14 ELIZABETH MARIE BONILLA        )
                                  )    HEARING DATE: October 22, 2012
15                                )    TIME: 10:00 a.m.
              Defendants.         )    Honorable Anthony W. Ishii
16                                )
                                  )
17 _____)

18                            **STIPULATION**

19       It is hereby stipulated by and between the parties hereto

20 that the status hearing in the above entitled matter now set for

21 October 22, 2012, may be continued to March 4, 2013 at 10:00 a.m.

22       Good cause exists to continue status hearing in order to

23 allow Defendant Bonilla additional time to participate in a drug

24 treatment program counseling under the supervision of her U.S.

25 Probation Officer.

26 DATED: October 15, 2012      FLETCHER & FOGDERUDE, Inc.

27
                               /s/ Eric K. Fogderude
28                             ERIC K. FOGDERUDE
                               Attorney for Defendant,
                               ELIZABETH BONILLA

Dated: October 15, 2012                    Benjamin B. Wagner
                                           United States Attorney


                                           /s/
                                           _____
                                           DUCE RICE
                                           Assistant US Attorney

Dated: October 15, 2012

                                           /s/
                                           _____
                                           CASEY HORNER
                                           US Probation Officer

**<u>ORDER</u>**

     IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C.
§ 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the
court finds that the ends of justice served by the dely outweigh
the best interest of the public and the defendants in a speedy
trial. Therefore, the court grants the stipulation that the Status
hearing be continued to March 4, 2013 at 10:00 a.m.


IT IS SO ORDERED.

Dated:   October 16, 2012

                                    CHIEF UNITED STATES DISTRICT JUDGE